UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUARTE NURSERY, INC., a California Corporation; and JOHN DUARTE, an individual,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, et al.,<br><br>　　　　Defendants. | No.  CIV. S-13-2095 LKK/DAD<br><br><br>**ORDER** |

　　This matter is set for status conference on January 13, 2014.  Defendants have filed motions to dismiss which are set for hearing on February 10, 2014.  All parties request deferral of scheduling and a further status conference following resolution of the pending motions to dismiss.

　　Accordingly, good cause appearing, IT IS HEREBY ORDERED that the initial status conference set for January 13, 2014 is reset to March 24, 2014 at 10:30 a.m.  All parties shall file further status reports not later than fourteen days prior to that date.

////

1

1     IT IS SO ORDERED.

2     DATED: January 8, 2014.

```
                          _____
                          LAWRENCE K. KARLTON
                          SENIOR JUDGE
                          UNITED STATES DISTRICT COURT
```

2