DAMIEN M. SCHIFF, Cal. Bar No. 235101
E-mail: dms@pacificlegal.org
ANTHONY L. FRANÇOIS, Cal. Bar No. 184100
E-mail: alf@pacificlegal.org
Pacific Legal Foundation
930 G Street
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
*Attorneys for Plaintiffs*

ROBERT O. DREHER
Acting Assistant Attorney General
Environment & Natural Resources Division
KIM SMACZNIAK, NYS Bar No. 4782637
E-mail: Kim.smaczniak@usdoj.gov
JOHN THOMAS H. DO, Cal. Bar No. 285075
E-mail: john.do@usdoj.gov
Environmental Defense Section
United States Department of Justice
P.O. Box 7611
Washington, DC  20044
*Attorneys for Defendant U.S. Army Corps of Engineers*

KAMALA D. HARRIS
Attorney General of California
TRACY L. WINSOR
Supervising Deputy Attorney General
MATTHEW J. GOLDMAN, Cal. Bar No. 11330
Deputy Attorney General
KRISTIN B. PEER, Cal. Bar No. 251326
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, California 94244-2550
 Telephone: (916) 327-2319
 E-mail: Matthew.Goldman@doj.ca.us
*Attorneys for Defendants Central Valley Regional
Water Quality Control Board Members and Executive Officer*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DUARTE NURSERY, INC., et al., | ) | No. 2:13-cv-02095-LKK-DAD |
| Plaintiffs, | ) | |
| | ) | **STIPULATION AND JOINT** |
| v. | ) | **REQUEST TO CONTINUE** |
| | ) | **STATUS CONFERENCE, AND** |
| UNITED STATES ARMY CORPS OF ENGINEERS, | ) | **ORDER** |
| et al., | ) | |
| Defendants. | ) | |

1  All Defendants have moved to dismiss Plaintiffs' Complaint; the Court heard these motions
2  on February 10, 2014, and took them under submission. As of this date the Court has not issued
3  a ruling on the motions.

4  A status conference was originally set for January 13, 2014, which the Court continued to
5  March 24, 2014, because the motions to dismiss were then pending and the parties had suggested
6  that scheduling be deferred until after the motions were resolved. Because the motions to dismiss
7  are submitted and the Court has not yet ruled on them, the parties now stipulate and respectfully
8  request that the Court continue the March 24, 2014, status conference until after the motions are
9  ruled on.

10  In particular, in joining this request, Defendant U.S. Army Corps of Engineers (the
11  "Corps") draws the court's attention to its Status Report, wherein the Corps reports it is
12  considering alleging a counterclaim under the Clean Water Act against Plaintiffs and believes this
13  matter should be resolved prior to the Scheduling Conference.

14  DATED: March 19, 2014.  DAMIEN M. SCHIFF
        ANTHONY L. FRANÇOIS

16                                              /s/ Anthony L. François
        ANTHONY L. FRANÇOIS
17      *Attorneys for Plaintiffs Duarte Nursery, Inc.
        and John Duarte*

19  DATED: March 19, 2014.  ROBERT G. DREHER
        Acting Assistant Attorney General

21                                              /s/ John Thomas H. Do
        KIM SMACZNIAK
22      JOHN THOMAS H. DO
        Trial Attorneys
23      United States Department of Justice
        Environment and Natural Resources Division
24      *Attorneys for United States Army Corps of Engineers*

26  ///
27  ///
28  ///

| | | |
|---|---|---|
| 1 | DATED: March 19, 2014. | KAMALA D. HARRIS<br>Attorney General of California |
| 2 | | TRACY L. WINSOR<br>Supervising Deputy Attorney General |
| 3 | | |
| 4 | | /s/ Kristin B. Peer<br>MATTHEW J. GOLDMAN |
| 5 | | KRISTIN B. PEER<br>Deputy Attorney General |
| 6 | | *Attorneys for Defendants Central Valley Regional Water Quality Control Board members and Executive* |
| 7 | | *Officer sued as individuals in their official capacities* |

8  Good cause appearing, it is hereby ordered that the status conference set for March 24,
9  2014, is reset to June 23, 2014, at 1:30 p.m. All parties shall file further status reports not later
10 than fourteen days prior to that date.

12 DATED: March 24, 2014.

```
                    _____
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT
```

Stipulation and Joint Request to
Continue Status Conference; [Proposed] Order        - 2 -