DAMIEN M. SCHIFF, Cal. Bar No. 235101
ANTHONY L. FRANÇOIS, Cal. Bar No. 184100
PACIFIC LEGAL FOUNDATION
930 G Street
Sacramento, California 95814
(916) 419-7111

Attorneys for the Plaintiffs and Counterclaim-Defendants

ROBERT G. DREHER
Acting Assistant Attorney General

ANDREW J. DOYLE (FL Bar No. 84948)
JOHN THOMAS H. DO (CA Bar No. 285075)
Trial Attorneys
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, DC  20044
(202) 514-4427

Attorneys for the Defendant and Counterclaim-Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUARTE NURSERY, INC., a California Corporation; and JOHN DUARTE, an individual,<br><br>           Plaintiffs,<br><br>     v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>           Defendant. | No.  CIV. S-13-2095 LKK/DAD<br><br>**STIPULATION AND JOINT REQUEST TO CONTINUE STATUS CONFERENCE** |

Stipulation and Joint Request
to Continue Status Conference;
[Proposed] Order                            1

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Counterclaim-Plaintiff, | |
| v. | |
| DUARTE NURSERY, INC., a California Corporation; and JOHN DUARTE, an individual, | |
| Counterclaim-Defendants. | |

**STIPULATION AND JOINT REQUEST TO CONTINUE STATUS CONFERENCE**

Duarte Nursery, Inc. and John Duarte ("Duarte") and the United States of America ("United States") (collectively, the "Parties") respectfully request an order from the Court continuing the status conference until July 21, 2014 or later. The Parties state the following in support of this request:

Duarte filed the Complaint on October 1, 2013. ECF No. 1. The United States moved to dismiss Duarte's Complaint on December 23, 2013, and the Court heard this motion on February 10, 2014, taking the motion under submission. ECF No. 10.

The Court continued the initial status conference scheduled for January 13, 2014 until March 24, 2014 and then until June 23, 2014 because the motion to dismiss was then pending. ECF No. 24. On April 23, 2014, the Court denied the United States' motion to dismiss. ECF No. 27. The United States subsequently filed an Answer to the Complaint and a Counterclaim against Duarte on May 7, 2014. ECF No. 28. On May 14, 2014 the parties stipulated to extend the deadline for Duarte to respond to the United States' Answer and Counterclaim until June 23, 2014, the same dates as

Stipulation and Joint Request to Continue Status Conference; [Proposed] Order

2

1 | the currently scheduled status conference.
2 |     Although the parties recognize that continuances of status
3 | conferences are disfavored by this Court, continuing the status
4 | conference until July 21, 2014 or later would promote judicial
5 | economy and conserve the resources of the Court and Parties.
6 | Moving the status conference until after Duarte files a
7 | responsive pleading will allow the Parties to more effectively
8 | meet and confer, address the scheduling of this case, and file
9 | comprehensive status reports for the Court's consideration.
10 |     Therefore, the Parties now stipulate and respectfully
11 | request that the Court continue the June 23, 2014 status
12 | conference until July 21, 2014 or later.

                                    Respectfully submitted,

                                    PACIFIC LEGAL FOUNDATION

Dated: May 15, 2014        s/ Anthony L. François
                           DAMIEN M. SCHIFF
                           ANTHONY L. FRANÇOIS
                           930 G Street
                           Sacramento, California 95814
                           (916) 419-7111 (phone)
                           (916) 419-7747 (facsimile)
                           alf@pacificlegal.org

                           ROBERT G. DREHER
                           Acting Assistant Attorney General

Dated: May 15, 2014        s/ John Thomas H. Do
                           ANDREW J. DOYLE (FL Bar No.84948)
                           JOHN THOMAS H. DO (CA Bar No. 285075)
                           Trial Attorneys
                           United States Department of Justice
                           Environment and Natural Resources
                           Division
                           P.O. Box 7611
                           Washington, DC 20044
                           (202) 514-4427 (phone; Doyle)

1
2
3

```
                        (202) 514-2593 (phone; Do)
                        (202) 514-8865 (facsimile; both)
                        andrew.doyle@usdoj.gov
                        john.do@usdoj.gov
```

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and Joint Request to
Continue Status Conference;
[Proposed] Order

4

**ORDER**

    Good cause appearing, it is hereby ordered that the status conference set for June 23, 2014, is reset to September 22, 2014 at 1:30 p.m. All parties shall file further status reports not later than fourteen days prior to that date.

DATED: June 2, 2014.

                                      /s/ Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT