1   DAMIEN M. SCHIFF, Cal. Bar No. 235101
    ANTHONY L. FRANÇOIS, Cal. Bar No. 184100
2   PACIFIC LEGAL FOUNDATION
    930 G Street
3   Sacramento, California 95814
    (916) 419-7111
4
    DAVID M. IVESTER, Cal. Bar No. 76863
5   Briscoe Ivester & Bazel LLP
    155 Sansome Street, Seventh Floor
6   San Francisco, California 94104
    (415) 402-2700
7
8   GERALD E. BRUNN, Cal. Bar No. 107004
    LAW OFFICES OF BRUNN & FLYNN
9   928 12th Street, Suite 200
    Modesto, California 95354
10  Telephone: (209) 521-7584

11
    Attorneys for the Plaintiffs and Counterclaim-Defendants
12
    SAM HIRSCH
13  Acting Assistant Attorney General

14
    ANDREW J. DOYLE (FL Bar No. 84948)
15  JOHN THOMAS H. DO (CA Bar No. 285075)
    Trial Attorneys
16  United States Department of Justice
    Environment and Natural Resources Division
17  P.O. Box 7611
    Washington, DC  20044
18  (202) 514-4427

19
    Attorneys for the Defendant and Counterclaim-Plaintiff
20
21                  UNITED STATES DISTRICT COURT

22                  EASTERN DISTRICT OF CALIFORNIA

23

24  DUARTE NURSERY, INC., a            No.  CIV. S-13-2095 LKK/DAD
    California Corporation;  and
25  JOHN DUARTE, an individual,        **STIPULATION TO EXTEND TIME FOR
                                       DEFENDANT TO RESPOND TO
26              Plaintiffs,            PLAINTIFFS' MOTION TO FILE FIRST
                                       SUPPLEMENTAL COMPLAINT  AND
27       v.                            JOINT REQUEST TO CONTINUE MOTION
                                       HEARING; [ORDER]**
28
    ─────────────────────────────
    Stipulation and Joint Request;        1
    [Proposed] Order

1  UNITED STATES ARMY CORPS OF
   ENGINEERS,
2
               Defendant.
3

4  UNITED STATES OF AMERICA,

5               Counterclaim-
                Plaintiff,
6
        v.
7
   DUARTE NURSERY, INC., a
8  California Corporation;  and
   JOHN DUARTE, an individual,
9
               Counterclaim-
10              Defendants.

11

12

13      The Parties – i.e., Duarte Nursery, Inc. and John Duarte

14  ("Duarte") and the United States of America, on behalf of the

    United States Army Corps of Engineers ("United States")-
15
    stipulate to extend the time for the United States to respond to
16
    Duarte's motion to file a supplemental Complaint until July 24,
17
    2014 and respectfully request an order from the Court continuing
18
    the noticed hearing until August 11, 2014.  The Parties state the
19
    following in support of this request:
20
        Duarte filed the Complaint on October 1, 2013. ECF No. 1.
21
    The United States moved to dismiss Duarte's Complaint on December
22
    23, 2013, and the Court heard this motion on February 10, 2014,
23
    taking the motion under submission.  ECF No. 10.  On April 23,
24
    2014, the Court denied the United States' motion to dismiss.  ECF
25
    No. 27.
26
        The United States subsequently filed an Answer to the
27
    Complaint and a Counterclaim against Duarte on May 7, 2014. ECF
28

1  No. 28. On May 14, 2014 the parties stipulated to extend the

2  deadline for Duarte to respond to the United States' Answer and

3  Counterclaim until June 23, 2014.  ECF No. 29.

4      On June 23, 2014, Duarte filed an Answer to the Counterclaim

5  and filed a Motion to File First Supplement Complaint.  ECF No.

6  33-34.  Duarte noticed a hearing on this Court's calendar for

7  July 28, 2014.  ECF Nos. 33-36.  Pursuant to Fed. R. Civ. P. 6(d)

8  and Local Rule 230(c), any response from the United States is

9  currently due on July 10, 2014.

10     Good cause exists for a two-week extension of time for the

11 United States to respond to Duarte's motion to file a

12 supplemental complaint.  At the time Duarte filed its motion,

13 lead counsel for the United States was out of the country on

14 annual leave.  Further, both of the attorneys for the United

15 States are traveling for the July 4 holiday weekend.  Extending

16 the deadline to respond to Duarte's motion until July 24, 2014

17 will provide the United States adequate time to consider Duarte's

18 motion, draft any response, and coordinate with the United States

19 Army Corps of Engineers and other components of the United States

20 to finalize a response.

21     Further, Duarte does not object to this extension, and no

22 party will be prejudiced by this brief extension of time.  By

23 rescheduling the motion hearing to August 11, 2014, Duarte will

24 be able to file any reply with the Court well in advance of the

25 hearing.

26     Therefore, the Parties now stipulate to extend the time for

27 the United States to respond to Duarte's motion to file a

28 supplemental Complaint until July 24, 2014 and respectfully

Stipulation and Joint Request;          3
[Proposed] Order

1  request that the Court continue the July 28, 2014 hearing until

2  August 11, 2014.

3

4

                                 Respectfully submitted,

5

6                                PACIFIC LEGAL FOUNDATION

7
   Dated: July 3, 2014         s/ Anthony L. François
8                              DAMIEN M. SCHIFF
                               ANTHONY L. FRANÇOIS
9                              930 G Street
                               Sacramento, California 95814
10                             (916) 419-7111 (phone)
                               (916) 419-7747 (facsimile)
11                             alf@pacificlegal.org

12                             SAM HIRSCH
                               Acting Assistant Attorney General
13

14 Dated: July 3, 2014         s/ John Thomas H. Do
                               ANDREW J. DOYLE (FL Bar No.84948)
15                             JOHN THOMAS H. DO (CA Bar No. 285075)
                               Trial Attorneys
16                             United States Department of Justice
                               Environment and Natural Resources
17                             Division
                               P.O. Box 7611
18                             Washington, DC 20044
                               (202) 514-4427 (phone; Doyle)
19                             (202) 514-2593 (phone; Do)
                               (202) 514-8865 (facsimile; both)
20                             andrew.doyle@usdoj.gov
                               john.do@usdoj.gov
21

22

23

24

25

26

27

28

1
2
3                                        **ORDER**
4
5       Good cause appearing, Defendant shall have until July 24,
6   2014 to respond to Plaintiffs' Motion to File First Supplemental
7   Complaint. Further, it is hereby ordered that the motion hearing
    noticed for July 28, 2014 is rescheduled to August 11, 2014.
8       IT IS SO ORDERED.
9
10      DATED:   July 8, 2014.
11
12
13
14                          _____
15                          LAWRENCE K. KARLTON
                            SENIOR JUDGE
16                          UNITED STATES DISTRICT COURT
17
18
19
20
21
22
23
24
25
26
27
28