SAM HIRSCH
Acting Assistant Attorney General

ANDREW J. DOYLE (FL Bar No. 84948)
JOHN THOMAS H. DO (CA Bar No. 285075)
Trial Attorneys
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, DC  20044
(202) 514-4427

Attorneys for the Defendant and Counterclaim-Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUARTE NURSERY, INC., a California Corporation; and JOHN DUARTE, an individual,<br><br>        Plaintiffs,<br><br>   v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>        Defendant. | No.  CIV. S-13-2095 LKK/DAD<br><br>**UNITED STATES' STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION TO FILE FIRST SUPPLEMENTAL COMPLAINT; ORDER** |
| UNITED STATES OF AMERICA,<br><br>        Counterclaim-Plaintiff,<br><br>   v.<br><br>DUARTE NURSERY, INC., a California Corporation; and JOHN DUARTE, an individual,<br><br>        Counterclaim-Defendants. | |

Pursuant to Civil Local Rule 230(c), the United States of America ("United States") hereby notifies the Court and Plaintiffs and Counterclaim-Defendants Duarte Nursery, Inc. and John Duarte ("Duarte") that the United States does not oppose the relief requested by Duarte's Motion to File First Supplemental Complaint. The United States, however, reserves all rights to answer or otherwise respond to any supplemental or amended complaint that the Court grants leave for Duarte to file. Such response may include a motion under Rule 12 of the Federal Rules of Civil Procedure.

The parties agree that the hearing scheduled for August 11, 2014 is unnecessary, and further agree that it should be vacated if the Court concludes that the motion may be disposed of without a hearing.

Respectfully submitted,

Dated: July 24, 2014        s/ John Thomas H. Do
                            ANDREW J. DOYLE (FL Bar No.84948)
                            JOHN THOMAS H. DO (CA Bar No. 285075)
                            Trial Attorneys
                            United States Department of Justice
                            Environment and Natural Resources Division
                            P.O. Box 7611
                            Washington, DC 20044
                            (202) 514-4427 (phone; Doyle)
                            (202) 514-2593 (phone; Do)
                            (202) 514-8865 (facsimile; both)
                            andrew.doyle@usdoj.gov
                            john.do@usdoj.gov

United States' Statement of Non-Opposition to Plaintiffs' Motion; [Proposed] Order     1

**ORDER**

Before the Court is Plaintiffs' Motion to File First Supplemental Complaint. Without prejudice to the United States' right to answer or otherwise respond to the First Supplemental Complaint, the unopposed motion is granted. Further, the motion hearing noticed for August 11, 2014 is vacated.

IT IS SO ORDERED.

DATED: August 6, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

United States' Statement of Non-Opposition to Plaintiffs' Motion; [Proposed] Order       1