1   JOHN C. CRUDEN
    Assistant Attorney General
2   ANDREW J. DOYLE (FL Bar No. 84948)
    JOHN THOMAS H. DO (CA Bar No. 285075)
3   SAMARA M. SPENCE (TN Bar No. 031484)
    United States Department of Justice
4   Environment and Natural Resources Division
5   P.O. Box 7611
    Washington, DC  20044 / (202) 514-4427 or 514-2593
6   *Attorneys for Defendants and Counterclaim-Plaintiff*

7
    M. REED HOPPER (CA Bar No. 131291)
8   ANTHONY L. FRANÇOIS (CA Bar No. 184100)
    Pacific Legal Foundation
9   930 G Street
10  Sacramento, CA  95814 / (916) 419-7111
    *Attorneys for Plaintiffs and Counterclaim-Defendants*

11
    (See *infra* for additional counsel of record.)
12

13                  UNITED STATES DISTRICT COURT

14                  EASTERN DISTRICT OF CALIFORNIA

15  DUARTE NURSERY, INC., a California          No. 2:13−CV−02095−KJM−AC
    Corporation;  et al.,
16
                                                      **STIPULATION AND**
17        Plaintiffs,                         **PROPOSED ORDER REGARDING**
                                              **DATE FOR SUBMISSION  OF JOINT**
18  v.                                        **PRETRIAL CONFERENCE STATEMENT**

19  UNITED STATES ARMY CORPS OF
    ENGINEERS, et al.,
20
          Defendants.
21  _____
    UNITED STATES OF AMERICA,
22

23        Counterclaim- Plaintiff,

24  v.

25  DUARTE NURSERY, INC., a California
    Corporation;  et al.,
26

27        Counterclaim- Defendants.

28

Stipulated and Proposed Order Joint Pretrial Conference
Statement                                                    No. 2:13-CV-02095-KJM-AC

The Parties to this action—i.e., Plaintiffs and Counterclaim-Defendants Duarte Nursery, Inc., and John Duarte (collectively, "Duarte") and Defendants United States Army Corps of Engineers, United States of America, and Counterclaim-Plaintiff United States of America (collectively, "United States")—hereby stipulate and jointly seek the Court's approval of the following modifications to the Court's Minute Order of February 26, 2016 (ECF 179):

1.     The parties in this case have completed all discovery and have filed six dispositive motions, which presently remain pending before the Court.  The only tasks remaining for the parties are the Pretrial Conference and preceding Joint Pretrial Conference Statement, Trial Briefs, trial exhibits, and the bench trial itself.

2.     Under the Court's February 26, 2016, Minute Order, the parties have until **April 28, 2016,** to confer and submit a Joint Pretrial Conference Statement. ECF 179.  Under the Court's subsequent April 5, 2016, Minute Order, the Final Pretrial Conference will be held on May 18, 2016.  ECF 184.

3.     By the Court's March 25, 2016, Minute Order, the Court reset the bench trial date for July 25, 2016, as well as the filing deadline for the parties' trial briefs, for July 11, 2016.  ECF 183.

5.     The parties have conferred and agree to continue the date for submitting the Joint Pretrial Conference Statement to May 11, 2016. This date is in accord with Local Rule 281(a)(2), and will provide the parties the maximum available time to prepare the Joint Statement in light of any ruling issued by the Court on the pending motions for summary judgment.

6.     Wherefore, based on the above, and for good cause shown, the parties stipulate and request that the Court reset the date for submission of the Joint Pretrial Conference Statement from April 28, 2016, to **May 11, 2016**, and to so order.

Respectfully submitted and stipulated:

JOHN C. CRUDEN
Assistant Attorney General

Dated: April 7, 2016            */s/ Andrew J. Doyle*_____

Stipulated and Proposed Order Joint Pretrial Conference
Statement                                              No. 2:13-CV-02095-KJM-AC

1  ANDREW J. DOYLE (FL Bar No.84948)
   JOHN THOMAS H. DO (CA Bar No. 285075)
2  SAMARA M. SPENCE (TN Bar No. 031484)
   Trial Attorneys
3  United States Department of Justice
   Environment and Natural Resources Division
4  P.O. Box 7611
   Washington, DC 20044
5  (202) 514-4427 (p) (Doyle)
6  (202) 514-2593 (p) (Do)
   (202) 514-2285 (p) (Spence)
7  (202) 514-8865 (f)
8  andrew.doyle@usdoj.gov
   john.do@usdoj.gov
9
10 BENJAMIN B. WAGNER
   United States Attorney
11 GREGORY T. BRODERICK
        (CA Bar No. 220871)
12 Assistant United States Attorney
13 501 I Street, Suite 10-100
   Sacramento, CA  95814
14 (916) 554-2700 (p)
   (916) 554-2900 (f)
15 gregory.broderick@usdoj.gov

16
   *Attorneys for Defendants and Counterclaim-*
17 *Plaintiff*

18

19
   Dated:  April 7, 2016              _/s/ Anthony L. Francois_____
20                                    M. REED HOPPER (CA Bar No. 131291)
                                      ANTHONY L. FRANÇOIS (CA Bar No. 184100)
21                                    Pacific Legal Foundation
22                                    930 G Street
                                      Sacramento, CA  95814
23                                    (916) 419-7111 (p)
                                      (916) 419-7747 (f)
24                                    mrh@pacificlegal.org
25                                    alf@pacificlegal.org

26                                    DAVID M. IVESTER (CA Bar No. 76863)
                                      PETER PROWS (CA Bar No. 257819)
27                                    Briscoe Ivester & Bazel LLP
28                                    155 Sansome Street, Seventh Floor

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

San Francisco, CA  94104
(415) 402-2700 (p)
(415) 398-5630 (f)
divester@briscoelaw.net
pprows@briscoelaw.net

GERALD E. BRUNN (CA Bar No. 107004)
Law Offices of Brunn & Flynn
928 12th Street, Suite 200
Modesto, CA  95354
(209) 521-2133 (p)
(209) 521-7584 (f)
gbrunn@brunn-flynn.com

*Attorneys for Plaintiffs and Counterclaim-
Defendants*

Stipulated and Proposed Order Joint Pretrial Conference
Statement                                                                 No. 2:13-CV-02095-KJM-AC

1    UNITED STATES DISTRICT COURT

2    EASTERN DISTRICT OF CALIFORNIA

3    DUARTE NURSERY, INC., a California          No. 2:13−CV−02095−KJM−AC
     Corporation;  and JOHN DUARTE, an
4    individual,

5            Plaintiffs,                         ORDER

6    v.

7    UNITED STATES ARMY CORPS OF
     ENGINEERS and UNITED STATES OF
8    AMERICA

9            Defendants.
10   _____
     UNITED STATES OF AMERICA,
11

12           Counterclaim- Plaintiff,

13   v.

14   DUARTE NURSERY, INC., a California
     Corporation;  and JOHN DUARTE, an
15   individual,

16           Counterclaim- Defendants.
17

18       Good cause appearing, the Court's Minute Order of February 26, 2016 (ECF No. 179), is

19   revised as follows:

20       The Joint Pretrial Conference Statement previously due April 28, 2016, is now due

21   **May 11, 2016**.

22       DATED:  April 14, 2016.

23

24   _____
     UNITED STATES DISTRICT JUDGE
25

26

27

28

Stipulated and Proposed Order Joint Pretrial Conference
Statement                                                   No. 2:13-CV-02095-KJM-AC

4