1  M. REED HOPPER (Bar No. 131291)
   ANTHONY L. FRANÇOIS (Bar No. 184100)
2  Pacific Legal Foundation
   930 G Street
3  Sacramento, CA  95814
    (916) 419-7111 (p)
4   (916) 419-7747 (f)
   mrh@pacificlegal.org
5  alf@pacificlegal.org
   *See next page for additional attorneys for*
6  *Plaintiffs and Counterclaim-Defendants*

7

8                 UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10 DUARTE NURSERY, INC., a California       No.  2:13−CV−02095−KJM−AC (TEMP)
   Corporation;  and JOHN DUARTE, an
11 individual,                              **ORDER GRANTING DUARTE'S EX**
                                            **PARTE APPLICATION FOR ORDER**
12          Plaintiffs,                     **SHORTENING TIME**

13 v.

14 UNITED STATES ARMY CORPS OF
   ENGINEERS,
15                                          Trail Date:      July 25, 2016
            Defendant.                      Time:            9:00 a.m.
16                                          Courtroom:       3
                                            Judge:           Hon. Kimberly J.
17                                                           Mueller

18 UNITED STATES OF AMERICA
           Counterclaim- Plaintiff,
19 v.

20 DUARTE NURSERY, INC., a California
   Corporation;  and JOHN DUARTE, an
21 individual,

22          Counterclaim- Defendants.

23

24

25

26

27

28

*Additional attorneys for*
*Plaintiffs and Counterclaim-Defendants*

DAVID M. IVESTER (Bar No. 76863)
PETER PROWS (Bar No. 257819)
Briscoe Ivester & Bazel LLP
155 Sansome Street, Seventh Floor
San Francisco, CA  94104
 (415) 402-2700 (p)
 (415) 398-5630 (f)
divester@briscoelaw.net
pprows@briscoelaw.net

GERALD E. BRUNN (Bar No. 107004)
Law Offices of Brunn & Flynn
928 12th Street, Suite 200
Modesto, CA  95354
 (209) 521-2133 (p)
 (209) 521-7584 (f)
gbrunn@brunn-flynn.com

1    Plaintiffs and Counterclaim-Defendants Duarte Nursery, Inc. and John Duarte filed an *ex*

2  *parte* application seeking an order shortening time for the hearing for their motion for

3  reconsideration, or for certification of interlocutory appeal, and for a stay.

4    Good cause appearing, the ex parte application is **GRANTED.**  The court will hear the

5  motion on July 1, 2016 at 10:00 A.M. in Courtroom 3 (KJM) before District Judge Kimberly J.

6  Mueller.  Any opposition to the motion will be filed with this court by June 22, 2016.  Any reply will

7  be filed with this court by June 27, 2016.  Accordingly, the joint pretrial statement due date is

8  CONTINUED to July 29, 2016.  The Final Pretrial Conference previously set for June 30, 2016 is

9  RESET to August 12, 2016 at 10:00 A.M.  The Bench Trial previously set for July 25, 2016 is

10  VACATED to be reset at the Final Pretrial Conference.

11    **IT IS SO ORDERED**

12  DATED:  June 20, 2016

13

14  _____
        UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28