JOHN C. CRUDEN
Assistant Attorney General
ANDREW J. DOYLE (FL Bar No. 84948)
JOHN THOMAS H. DO (CA Bar No. 285075)
SAMARA M. SPENCE (TN Bar No. 031484)
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, DC  20044 / (202) 514-4427 or 514-2593
*Attorneys for Counterclaim-Plaintiff*

M. REED HOPPER (CA Bar No. 131291)
ANTHONY L. FRANÇOIS (CA Bar No. 184100)
Pacific Legal Foundation
930 G Street
Sacramento, CA  95814 / (916) 419-7111
*Attorneys for Counterclaim-Defendants*

(See *infra* for additional counsel of record.)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUARTE NURSERY, INC., a California Corporation; et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS, et al., <br><br> Defendants. <br> _____ <br> UNITED STATES OF AMERICA, <br><br> Counterclaim- Plaintiff, <br><br> v. <br><br> DUARTE NURSERY, INC., a California Corporation; et al., <br><br> Counterclaim- Defendants. | No. 2:13−CV−02095−KJM−AC <br><br> **STIPULATION AND ORDER REGARDING MOTIONS *IN LIMINE*** |

Stipulation/Order Re:  Ms/L                                                              No. 2:13-CV-02095-KJM-AC

Pursuant to the Court's Amended Status (Pretrial Scheduling) Order at 6:15-16 (ECF No. 73), "all motions *in limine* must be filed in conjunction with the joint pretrial statement," which is due to be filed on August 5, 2016 (ECF No. 210).  Counterclaim Plaintiff United States of America and Counterclaim-Defendants Duarte Nursery, Inc. and John Duarte hereby stipulate and jointly move the Court to approve the following briefing schedule for motions *in limine*:

1. Motions *in limine* are due to be filed no later than August 5, 2016, and shall be noticed to be heard at the pretrial conference, currently scheduled for August 26, 2016, at 10:00 A.M.

2. Responses are due to be filed no later than August 15, 2016.

3. (Optional) replies are due to be filed no later than August 19, 2016.

Respectfully submitted and stipulated:

JOHN C. CRUDEN
Assistant Attorney General

Dated: July 26, 2016    /s/ Andrew J. Doyle
ANDREW J. DOYLE (FL Bar No.84948)
JOHN THOMAS H. DO (CA Bar No. 285075)
SAMARA M. SPENCE (TN Bar No. 031484)
Trial Attorneys
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, DC 20044
(202) 514-4427 (p) (Doyle)
(202) 514-2593 (p) (Do)
(202) 514-2285 (p) (Spence)
(202) 514-8865 (f)
andrew.doyle@usdoj.gov
john.do@usdoj.gov

PHILLIP A. TALBERT
Acting United States Attorney
GREGORY T. BRODERICK (CA Bar No. 220871)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700 (p)

(916) 554-2900 (f)
gregory.broderick@usdoj.gov

*Attorneys for Counterclaim-Plaintiff*

Dated:  July 26, 2016

/s/ Peter Prows
DAVID M. IVESTER (CA Bar No. 76863)
PETER PROWS (CA Bar No. 257819)
Briscoe Ivester & Bazel LLP
155 Sansome Street, Seventh Floor
San Francisco, CA  94104
(415) 402-2700 (p)
(415) 398-5630 (f)
divester@briscoelaw.net
pprows@briscoelaw.net


M. REED HOPPER (CA Bar No. 131291)
ANTHONY L. FRANÇOIS (CA Bar No. 184100)
Pacific Legal Foundation
930 G Street
Sacramento, CA  95814
(916) 419-7111 (p)
(916) 419-7747 (f)
mrh@pacificlegal.org
alf@pacificlegal.org

GERALD E. BRUNN (CA Bar No. 107004)
Law Offices of Brunn & Flynn
928 12th Street, Suite 200
Modesto, CA  95354
(209) 521-2133 (p)
(209) 521-7584 (f)
gbrunn@brunn-flynn.com

*Attorneys for Counterclaim-Defendants*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUARTE NURSERY, INC., a California Corporation; and JOHN DUARTE, an individual,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS and UNITED STATES OF AMERICA<br><br>　　　　Defendants.<br>_____<br>UNITED STATES OF AMERICA,<br><br>　　　　Counterclaim- Plaintiff,<br><br>v.<br><br>DUARTE NURSERY, INC., a California Corporation; and JOHN DUARTE, an individual,<br><br>　　　　Counterclaim- Defendants. | No. 2:13−CV−02095−KJM−AC<br><br><br>ORDER |

To ensure that all motions *in limine* are fully briefed and able to be heard at the pretrial conference, which was previously set for August 26, 2016 at 10:00 A.M. and is now reset for **September 2, 2016** at 10:00 A.M., the Court approves the parties' stipulated schedule, as follows:

1. The Joint Pretrial Statement and the Motions *in limine* are due to be filed no later than **August 5, 2016**.

2. Responses are due to be filed no later than **August 15, 2016**.

3. (Optional) replies are due to be filed no later than **August 19, 2016**.

DATED: July 28, 2016

_____
UNITED STATES DISTRICT JUDGE